B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| **PLAINTIFFS** <br> Jeffrey H. Mims, Chapter 7 Trustee | **DEFENDANTS** <br> Big Star Gathering Ltd., LLP |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Scott Carlson <br> Cavazos, Hendricks, Poirot and Smitham, P.C. <br> 900 Jackson St., Ste. 570  Dallas, Texas 75202 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☐ Other <br> ☑ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☑ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Suit on account; quantum meruit. Defendant failed to pay for pre-petition services provided by Debtor

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $25,370.68 |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Reef SWD 2007-A, L.P. | | BANKRUPTCY CASE NO.<br>10-30197 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Texas | | DIVISION OFFICE<br>Dallas | NAME OF JUDGE<br>Jernigan |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*/s/ Scott Carlson/*

| DATE<br>11/23/10 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Scott Carlson, Esq. |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Charles B. Hendricks
Texas Bar No. 09451050
J. Scott Carlson
Texas Bar No. 03813800
CAVAZOS, HENDRICKS, POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7342
Fax: (214) 573-7399
Email: scarlson@chfirm.com

Counsel for Jeffrey H. Mims, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>REEF SWD 2007-A, L.P.<br><br>DEBTOR.<br><br>JEFFREY H. MIMS, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BIG STAR GATHERING LTD., LLP<br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § | Case No. 10-30197-sgj-7<br><br><br><br><br><br>Adversary No. |

## COMPLAINT

TO THE HONORABLE JUDGE STACEY G. C. JERNIGAN:

COMES NOW, Jeffrey H. Mims, the Chapter 7 Trustee (hereinafter referred to as the "Trustee") for the Debtor in the above captioned, Chapter 7 bankruptcy case and files this, his

**Complaint** (hereinafter referred to as the "Complaint"). The Trustee files this Complaint seeking the relief set forth herein and in support thereof asserts the following:

## I.

## JURISDICTION

1. This Complaint is an adversary proceeding brought pursuant to Rule 7001, Federal Rules of Bankruptcy Procedure.

2. This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§1334 and 157.

3. The matters raised in this Complaint constitute non-core proceedings within the meaning of 28 U.S.C. §157(c).

4. The Trustee consents to entry of a final order or judgment by this Court in accordance with Rule 7008(a).

5. This Court has venue of these proceedings pursuant to 28 U.S.C. §1409.

## II.

## PARTIES

6. JEFFFREY H. MIMS, is the Chapter 7 Trustee for the bankruptcy estate of REEF SWD 2007-A, LP (the "Debtor").

7. Big Star Gathering Ltd. LLP ("Big Star") is a Texas limited liability partnership which can be served through its registered agent, Jonathan E. Jensen at 1310 S. Fairgrounds Rd., Midland, Texas 79701.

## III.

## BACKGROUND FACTS

8. The Debtor filed a voluntary case under Chapter 11 on January 5, 2010 (the "Petition Date"). The proceeding was converted to Chapter 7 on March 30, 2010.

9.  Debtor sold skim oil derived from its saltwater disposal well business to Big Star. Big Star would report the amounts it owed to Debtor. Attached as Exhibit A are statements reflecting $31,713.35 owed by Big Star to Debtor.

10. Debtor's records reflect a credit of $6,342.67 to Big Star, leaving the amount owed to Debtor by Big Star as $25,370.68.

11. Big Star failed to pay Debtor $25,370.68.

## IV.

## SUIT ON ACCOUNT

12. The allegations contained in paragraphs 1-11 of this Complaint are incorporated as if alleged in full herein.

13. Big Star owes the Trustee $25,370.68 for skim oil provided and sold by Debtor to Big Star.

## V.

## QUANTUM MERUIT

14. The allegations contained in paragraphs 1-11 of this Complaint are incorporated as if alleged in full herein.

15. Alternatively and without limiting any other cause of action set forth in this Complaint, the Trustee asserts that the Big Star is liable to the Trustee under the theory of quantum meruit.

## VI.

## RECOVERY OF ATTORNEYS FEES AND COSTS

16. The Trustee is entitled to the recovery of attorneys' fees and court costs.

## VII.

## ALLEGATIONS WITHOUT PREJUDICE

17. The allegations in this Complaint are without prejudice to the assertion of any other claim of the bankruptcy estate against Big Star.

## VIII.

## PRE-JUDGMENT AND POST-JUDGMENT INTEREST

18. The Trustee seeks recovery of prejudgment interest from Big Star.

19. The Trustee seeks post-judgment interest as a matter of law.

## XII.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Trustee, Jeffrey H. Mims, Chapter 7 Trustee for the Debtor, respectfully prays that this Court enter judgment in favor of the Trustee in the amount of $25,370.68 and recovery of attorneys' fees and pre-judgment and post-judgment interest from Big Star.

RESPECTFULLY SUBMITTED,

/s/ Scott Carlson
Scott Carlson
Texas Bar No. 03813800
Charles B. Hendricks
Texas Bar No. 09451050
CAVAZOS, HENDRICKS, POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: scarlson@chfirm.com

Attorneys for Jeffrey H. Mims, Chapter 7 Trustee

# BIG STAR GATHERING Ltd. L.L.P.
## 1058 FM 3024
## GEORGE WEST, TX 78022
### (Phone) 361-547-0944  (Fax) 1-877-560-6733
bigstargathering@gmail.com

| | |
|---|---|
| **Date:** | 2/1/2010 |
| **To:** | Reef 2007-A, L.P. |
| **Attn:** | Jose&Joe Garza&Tanya |
| **Fax/Email** | jo.garza@reefogc.com; tanya@reefogc.com |
| **Bbls Reporting** | January 2010 |
| **From:** | Shona Edwards |

ENTERED
FEB - 3 2010
RD BT # 51 6-03 10
DANIEL MATHIS

**Pages to be transmitted (Including this page):** 1

Please contact us at 361-547-0944 if you do not receive all pages.

| Lease # | RRC# | This is the BBLS that will be reported Net BBLS | Gross BBLS | Check Amount |
|---|---|---|---|---|
| Escobas SWD | P18-04-3560 | 0 | 0 | $0.00 |
| La Roca SWD | P18-04-3689 | 185 | 190 | $11,262.79 |
| Leyendecker SWD | P18-04-3677 | 0 | 0 | $0.00 |
| Marshall SWD | P18-04-3600 | 175 | 179 | $10,488.40 |
| Totals | | 360 | 369 | $21,751.19 |

This is the information Big Star Gathering has on record for the month of January 2010 for receipts from your company which we will report to the Railroad Commission of Texas. Big Star Gathering RRC# is T1-02-0763. If there are any discrepancies with your records regarding barrels or lease numbers, please notify Shona at the number above as soon as possible. Thank you

# *BIG STAR GATHERING Ltd. L.L.P.*
## *1058 FM 3024*
## *GEORGE WEST, TX 78022*
### *(Phone) 361-547-0944  (Fax) 1-877-560-6733*
bigstargathering@gmail.com

| | |
|---|---|
| Date: | 3/10/2010 |
| To: | **Reef 2007-A, L.P.** |
| Attn: | Jose&Joe Garza&Tanya |
| Fax/Email | jo.garza@reefogc.com; tanya@reefogc.com |
| Bbls Reporting | February 2010 |
| From: | Shona Edwards |

**Pages to be transmitted (Including this page): 1**

Please contact us at 361-547-0944 if you do not receive all pages.

| Lease # | RRC# | This is the BBLS that will be reported Net BBLS | Gross BBLS | Check Amount |
|---|---|---|---|---|
| Escobas SWD | P18-04-3560 | 0 | 0 | $0.00 |
| La Roca SWD | P18-04-3689 | 0 | 0 | $0.00 |
| Leyendecker SWD | P18-04-3677 | 158 | 160 | $9,962.16 |
| Marshall SWD | P18-04-3600 | 0 | 0 | $0.00 |
| Totals | | 158 | 160 | $9,962.16 |

This is the information Big Star Gathering has on record for the month of February 2010 for receipts from your company which we will report to the Railroad Commission of Texas. Big Star Gathering RRC# is T1-02-0763. If there are any discrepancies with your records regarding barrels or lease numbers, please notify Shona at the number above as soon as possible. Thank you